# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

152790-2

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

FRANCIS JOSEPH HINSBERG,
      Plaintiff-Appellee,

v

MARIA HINSBERG,
      Defendant-Appellant.
_____/

SC: 152790-2
COA: 324046; 324455; 325807
Genesee CC: 07-275950-DM

On order of the Court, the application for leave to appeal the October 27, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

p1026